**SEALED**

**FILED**
DEC 14 2017
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

1  PHILIP A. TALBERT
   United States Attorney
2  GRANT RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17 CR - 00300 DAD BAM |
|---|---|
| Plaintiff, | MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |
| v. | |
| CHESTER NEAL, JR., | |
| Defendant. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 14, 2017, charging the above defendant with a violation of 18 U.S.C. § 1341 – Mail Fraud (2 Counts); 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c) –Criminal Forfeiture count, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding

of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 14, 2017

Respectfully submitted,

PHILIP A. TALBERT
United States Attorney

By   /s/ Grant Rabenn
GRANT RABENN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 14, 2017

BARBARA A. McAULIFFE
U.S. Magistrate Judge

Motion to Seal Indictment                                2