1  McGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              CASE NO.  1:17-CR-300 DAD/BAM

                        Plaintiff,       MOTION AND ORDER TO UNSEAL
12                                        INDICTMENT

13              v.

14 CHESTER L. NEAL, JR.,
   Aka Chad Neal,
   Aka C.J. Neal,
15 Aka Chad Nelson,
   Aka Chad Brothers,
16 Aka Chad Guzman,
   Aka Christopher Dubois,
17
                        Defendant.
18

19     The Indictment in this case, having been sealed by Order of the Court on December 14, 2017,

20 and it appears that it no longer need remain secret,

21     The United States of America, by and through McGregor W. Scott, United States Attorney, and

22 Grant B. Rabenn, Assistant United States Attorney, hereby moves that the Indictment in this case be

23 unsealed and made public record.

24 ///

25

26

27

28

MOTION AND PROPOSED ORDER TO UNSEAL                        1

FILED

FEB 01 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

1    Dated:  January 29, 2018                     McGREGOR W. SCOTT
                                                  United States Attorney
2

3                                         By:   /s/ GRANT B. RABENN
                                                GRANT B. RABENN
4                                               Assistant United States Attorney

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MOTION AND PROPOSED ORDER TO UNSEAL                    2