IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHESTER L. NEAL, JR.,<br>Aka Chad Neal,<br>Aka C.J. Neal,<br>Aka Chad Nelson,<br>Aka Chad Brothers,<br>Aka Chad Guzman,<br>Aka Christopher Dubois,<br><br>　　　　　　Defendant. | CASE NO. 1:17-CR-300 DAD/BAM<br><br>ORDER TO UNSEAL INDICTMENT<br><br>　FILED<br><br>FEB 01 2018<br><br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed on December 14, 2017 be unsealed and become public record.

DATED: January 29, 2018

　　　　　　　　　　　　　　　　　／s／ Sheila K. Oberto
　　　　　　　　　　　　　　　　　Honorable SHEILA K. OBERTO
　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE