HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
HOPE ALLEY, CA Bar #314109
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
CHESTER NEAL, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:17-cr-00300-DAD-BAM |
| *Plaintiff,* | |
| v. | WAIVER OF DEFENDANT'S PERSONAL PRESENCE; [~~PROPOSED~~] ORDER THEREON |
| CHESTER NEAL, JR., | |
| *Defendant.* | |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Chester Neal, Jr., having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant resides in Bourbon, Missouri. Thus traveling to and from court is financially burdensome, and Defendant has no discretionary income.

Defendant agrees that his interests shall be represented at all times by the presence of his attorney the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

//

//

DATED: 4/9/2018        *Signature in File*
                       CHESTER NEAL, JR.
                       Defendant


DATED: 4/9/2018        *Hope L. Alley*
                       HOPE L. ALLEY
                       Assistant Federal Defender
                       Attorney for
                       CHESTER NEAL, JR.


**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order.

IT IS SO ORDERED.

Dated:  **April 15, 2018**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE