**Caroline C. McCreary, # 176563**
Attorney at Law
2377 W. Shaw Suite 108
Fresno, CA. 93720
Telephone (559) 696-4529
Facsimile (559) 486-4320
CCMcCreary@yahoo.com

Attorney for Defendant
**CHESTER NEAL, JR.**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00300-DAD-BAM |
| Plaintiff, | MOTION TO MODIFY CONDITIONS |
| vs. | OF PRETRIAL RELEASE: [~~PROPOSED~~] ORDER |
| CHESTER NEAL, JR. | |
| Defendant. | Hon. Barbara A. McAuliffe |

**I.**

**TERMINATION OF TRAVEL RESTRICTION**

Chester Neal by and through undersigned counsel, files this motion requesting a modification of travel restrictions thereby allowing Mr. Neal to travel for the sole purpose of employment.

**Background**.

Mr. Neal is presently on pretrial supervision. Currently, his travel is limited by the conditions of his pre-trial supervision. Mr. Neal is employed as a Project Superintendent for Rick Shipman Construction, a company consigned for the purpose of remodeling Walmart, CVS, and other commercial stores. As such, he is a salary employee. Notably, Mr. Neal does not own,

control, make decisions, or even personally know the owner of the company for which he is employed. His duties include field work requiring construction site inspections. Additionally, he is required to monitor the progress of subcontractors. To that end, Mr. Neal photographs the work as it progresses and forwards that information to his supervisors. With the permission of Pretrial Services, Mr. Neal completed a project for Walmart in Columbia, South Carolina from May 22 to June 12.

Recently, Mr. Neal sought further permission from Pretrial Services to work as a Superintendent for the Walmart remodeling project in Enid, Oklahoma pursuant to his aforementioned employment for Rick Shipman Construction. His Pretrial Service Officer suggested that he, through his counsel of record, request this Court to lift his travel restriction as Mr. Neal has been fully compliant with the conditions of his pretrial supervision and the requested travel as well as future travel is required for employment purposes. Finally, defense counsel has corresponded with AUSA Grant Rabenn, who has no objection to a modification of the travel restriction.

WHEREFORE, for the above reasons, it is respectfully requested that the Conditions of the Release Order be modified to modify travel restrictions allowing Mr. Neal to travel outside the District for the sole purpose of employment.

Respectfully Submitted,

Dated: June 21, 2018            \s| Caroline C. McCreary

**CAROLINE C. McCREARY, ESQ.**
Attorney for Defendant Chester Neal

| | |
|---|---|
| 1 | **Caroline C. McCreary, # 176563**<br>Attorney at Law<br>2377 W. Shaw Suite 108<br>Fresno, CA. 93720<br>Telephone (559) 696-4529<br>Facsimile (559) 486-4320<br>CCMcCreary@yahoo.com |

Attorney for Defendant
**CHESTER NEAL, JR.**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE NO. 1:17-CR-00300-DAD-BAM |
| Plaintiff, | ) MOTION TO MODIFY CONDITIONS |
| vs. | ) OF PRETRIAL RELEASE: |
| | ) **[PROPOSED] ORDER** |
| CHESTER NEAL, JR. | ) |
| Defendant. | ) Hon. Barbara A. McAuliffe |

## **ORDER**

IT IS SO ORDERED THAT Defendant Chester Neal's Motion to Modify Conditions of Pretrial Release, it is hereby **ORDERED** that the Motion is **GRANTED.** The Conditions of Release Order shall be modified to terminate/modify the travel restriction so long as travel is required and necessary for employment purposes only, and, Pretrial Services is informed of, and is provided documentation of, such travel.
IT IS SO ORDERED.

Dated: **June 22, 2018**        /s/ *Barbara A. McAuliffe*
                        UNITED STATES MAGISTRATE JUDGE