McGREGOR W. SCOTT
United States Attorney
GRANT B. RABENN
ROBIN TUBESING
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4083
Facsimile: (559) 497-4099
Robin.Tubesing2@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00300-DAD-BAM |
|---|---|
| Plaintiff, | **ORDER FOR ISSUANCE OF SUBPOENAS** |
| v. | |
| CHESTER L. NEAL, JR., | |
| Defendant. | |

Before the court is the United States' motion requesting permission to issue early return subpoenas to Fort Brooke Funding LLC and Kevin Koehler IRA LLC. After consideration, the court finds that the application meets the requirements of Federal Rule of Criminal Procedure 17(c), and it grants the application.

The return date for the subpoenas authorized by this order shall be November 20, 2019.

IT IS SO ORDERED.

Dated: **November 5, 2019**　　　　　　　　　_Dale A. Drozd_
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1