1  McGREGOR W. SCOTT
   United States Attorney
2  GRANT B. RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5
   ROBERT A. ZINK
6  Acting Chief
   KYLE MAURER
7  Trial Attorney
   United States Department of Justice
8  Criminal Division, Fraud Section
   1400 New York Ave., NW
9  Washington, DC 20005
   (202) 514-2000
10 (202) 514-3708

11 Attorneys for Plaintiff
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:17-CR-00300-DAD-BAM |
| Plaintiff, | APPLICATION AND ORDER FOR MONEY JUDGMENT |
| v. | |
| CHESTER L. NEAL, JR., aka Chad Neal, aka C.J. Neal, aka Chad Nealson, aka Chad Brothers, aka Chad Guzman, aka Christopher Dubois, | |
| Defendant. | |

On August 19, 2019, defendant Chester L. Neal, Jr. entered a guilty plea to the one count Indictment which charges him with Mail Fraud in violation of 18 U.S.C. § 1341.

As part of his plea agreement with the United States, defendant Chester L. Neal, Jr. agreed to forfeit no less than $2,869,945.32, but no more than $3,734,927.50, less any forfeited funds, as a personal money judgment pursuant to Fed. R. Crim. P. 32.2(b)(1), which represents the total amount of

1

proceeds the defendant obtained as a result of a violation of 18 U.S.C. § 1341, to which he has pled guilty.  *See* Defendant Neal's Plea Agreement ¶ II.E.  There were no objections to the PSR and the Court should adopt the restitution attachment, which reflects the defendant's proceeds from the offense, as the forfeiture amount.  *See* Dkt. 43 (PSR) Ex. 1 ("No Objection Letter"); *Id.* at 93 (Restitution amount of $3,734,927.50).  The Plaintiff hereby applies for entry of a money judgment as follows:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed. R. Crim. P. 32.2(b)(1), the Court shall impose a personal forfeiture money judgment against defendant Chester L. Neal, Jr. in the amount of $3,734,927.50, less any forfeited funds.

2. The above-referenced personal forfeiture money judgment is imposed based on defendant Chester L. Neal, Jr.'s conviction for violating 18 U.S.C. § 1341.  Said amount represents the total amount of proceeds the defendant obtained, which the defendant agreed is subject to forfeiture based on the offense of conviction.  Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law.

3. Payment of the personal forfeiture money judgment should be made in the form of a cashier's check made payable to the U.S. Marshals Service, and sent to the U.S. Attorney's Office, Attn: Asset Forfeiture Unit, 2500 Tulare Street, Suite 4401, Fresno, CA 93721.  Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

Date:  February 5, 2020                               McGREGOR W. SCOTT
                                                                          United States Attorney


                                                                           /s/ Grant B. Rabenn
                                                                          GRANT B. RABENN
                                                                          KYLE MAURER
                                                                          Assistant U.S. Attorneys

**O R D E R**

For good cause shown, the Court hereby imposes a personal forfeiture money judgment against defendant Chester L. Neal, Jr. in the amount of $3,734,927.50, less any forfeited funds. Any funds applied towards such judgment shall be forfeited to the United States of America and disposed of as provided for by law. Prior to the imposition of sentence, any funds delivered to the United States to satisfy the personal money judgment shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

IT IS SO ORDERED.

Dated: **February 6, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE