**Caroline C. McCreary, #176563**
Attorney at Law
7081 N. Marks
Suite #104 PMB 302
Fresno CA. 93711 Telephone (559) 696-4529
CCMcCreary@Yahoo.com

Attorney for Defendant
Chester Neal

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>CHESTER NEAL,<br><br>                    Defendant. | CASE NO. 1:17-CR-00300 DAD-BAM<br><br>**STIPULATION TO EXTEND DEFENDANT'S SURRENDER DATE; AND ORDER**<br><br>DATE: 3/27/20<br><br>COURT: Hon. Dale A. Drozd |

## STIPULATION

Defendant, Chester Neal, by and through his counsel of record, Caroline C. McCreary, and Plaintiff United States of America, Grant Rabenn, hereby stipulate as follows:

To move Mr. Neal's surrender date currently set from April 8 to July 10, 2020. Both parties seek a continued surrender date to July 10, 2020 based upon the current COVID-19 pandemic. The President has declared a national public health emergency. Accordingly, the Centers for Disease Control and Prevention and other health authorities have advised people to take precautions to reduce exposure and to slow the spread of the disease. Prisons and jails are especially dangerous for all occupants because of the ease of rapid transmission among prisoners, guards, and other justice system personnel.

Therefore, based on the above-stated facts, the parties agree justice is served to allow a brief continuance of Mr. Neal's surrender date in response to the spread of the Corona Virus Disease. By this stipulation the parties now move to VACATE the hearing set for March 30, 2020.

1

IT IS SO STIPULATED.

Dated: March 27, 2020.    /s/ Caroline C. McCreary
                          Caroline C. McCreary
                          Counsel for Defendant
                          Chester Neal


Dated: March 27, 2020     /s/ Grant Rabenn
                          Grant Rabenn
                          McGREGOR W. SCOTT
                          United States Attorney


**ORDER**

Pursuant to the parties' stipulation, the defendant Chester Neal is to surrender to the facility designated by the Bureau of Prisons, or to the United States Marshal Service by 2:00 p.m. on the 15th day of July 2020. The previously designated surrender date is vacated.

IT IS SO ORDERED.

Dated: **March 30, 2020**    _____
                              UNITED STATES DISTRICT JUDGE