**Caroline C. McCreary, #176563**
Attorney at Law
7081 N. Marks Suite 104 PMB 302
Fresno, CA 93721
Telephone (559) 696-4529
Facsimile (559) 486-4320
CCMcCreary@yahoo.com

Attorney for Defendant: **CHESTER L. NEAL, JR.**


# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) CASE NO. 1:17-CR-00300-DAD-BAM |
| | ) |
| Plaintiff, | ) **STIPULATION AND ORDER FOR** |
| v. | ) **EXTENSION OF SELF-SURRENDER** |
| | ) **DATE** |
| | ) |
| CHESTER L. NEAL, JR. | ) JUDGE: Honorable Dale A. Drozd |
| | ) |
| Defendant. | ) |
| | ) |

    **Mr. Neal**, by and through his undersigned counsel of record, Caroline C. McCreary, and Plaintiff, United States of America, Grant Rabenn, hereby stipulate as follows;

    To move **Mr. Neal's** surrender date currently scheduled for **July 10, 2020.** Both parties seek a continued surrender date to **October 10, 2020**, based upon the findings of the court in granting the prior request for a continued surrender date, specifically, the ongoing Covid-19 pandemic. Ct. Dock. 55.

\\\

\\\

Therefore, based on the above-stated facts, the parties agree justice is served in allowing a brief continuance of Mr. Neal's surrender date in response to the continued spread of the Covid-19 virus.

**Respectfully Submitted**,

Dated: June 30, 2020          \s\ Caroline C. McCreary
                              **CAROLINE C. McCREARY**
                              Attorney for Defendant Chester L. Neal, Jr.

Dated: June 30, 2020          \s\ Grant Rabenn
                              **GRANT RABENN**
                              **McGREGOR W. SCOTT**
                              United States Attorney

---------------------------------------------------------

**FINDINGS AND ORDER**

Defendant CHESTER L. NEAL, JR. surrender date of July 10, 2020 is extended to **Wednesday October 14, 2020**.  The defendant is ordered to self-surrender directly to the designated Bureau of Prisons facility on that date, by 2:00 p.m.  If a facility has not been designated, he is ordered to surrender to the United States Marshal office.

IT IS SO ORDERED.

Dated:   **July 2, 2020**          _____
                                  UNITED STATES DISTRICT JUDGE