**Caroline C. McCreary, #176563**
7081 N. Marks Avenue, Suite 104, PMB 302
Fresno, California 93711
Telephone: (559) 696-4529

Attorney for Defendant: Chester L. Neal

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CHESTER L. NEAL ) <br> ) <br> Defendant. ) <br> ) | No. 1:17CR00300-1 DAD-BAM <br><br> **STIPULATION AND ORDER FOR EXTENSION OF SELF-SURRENDER DATE** <br><br> JUDGE: Hon. Dale A. Drozd |

Mr. Neal, by and through undersigned counsel of record, Caroline C. McCreary, and Plaintiff United States of America, Grant Rabenn, hereby stipulate as follows:

To move Mr. Neal's surrender date currently set from October 10, 2020. Both parties seek a continued surrender date to March 10, 2021 based upon the findings of the court in granting the prior request for a continued surrender date, specifically, the ongoing Covid-19 pandemic. Therefore, based on the above-stated facts, the parties agree justice is served in allowing a brief continuance of Mr. Neal's surrender date in response to the continued spread of the Covid-19 virus.

IT IS SO STIPULATED

Dated September 30, 2020.  /s/   Caroline C. McCreary
Caroline C. McCreary
Counsel for Defendant
Chester Neal

/s/ Grant Rabenn
Grant Rabenn
McGregor W. Scott
United States Attorney

1

**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated:  **September 30, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE

2