**Caroline C. McCreary, #176563**
Attorney at Law
7081 N. Marks
Suite #104 PMB 302
Fresno California, 93711
Telephone (559) 696-4529
Facsimile: (559) 486-4320
CCMcCreary@Yahoo.com

ATTORNEY FOR DEFENDANT: CHESTER NEAL

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>CHESTER NEAL,<br><br>      Defendant. | CASE NO. 1:17-CR-00300 DAD-BAM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF SELF-SURRENDER DATE**<br><br><br>JUDGE: Hon. Dale A. Drozd |

**STIPULATION**

  Mr. Neal, by and through his undersigned counsel of record, Caroline C. McCreary, and Plaintiff United States of America, Grant Rabenn, hereby stipulate as follows:

  To move Mr. Neal's surrender date currently set from March 10, 2021. Both parties seek a continued surrender date to June 9, 2021 based upon the ongoing and unrelenting COVID-19 pandemic. The Centers for Disease Control and Prevention and other health authorities have advised people to take precautions to reduce exposure and to slow the spread of the disease. In particular, the CDC currently recommends that people attempt to keep an appropriate distance between themselves and other people. Currently, prisons and jails are especially dangerous for all occupants because of the ease of rapid transmission among prisoners, guards, and other justice system personnel. Recently, the Fresno County Jail reported 108 inmates tested positive for Covid-19. Prisons are indicating a rise in COVID-19 cases as well. As applied here, Mr. Neal is 5 foot 3 inches and currently weighs 335 pounds. Additionally, Mr. Neal indicates he has heart disease, is prediabetic and asthmatic. Accordingly, his

1

physical health conditions increase the dangers of contracting COVID-19 while in prison.

Therefore, based on the above-stated facts, the parties agree justice is served to allow a continuance of Mr. Neal's surrender date in response to the continued spread of COVID-19, particularly given Mr. Neal's above-mentioned susceptibility.

**IT IS SO STIPULATED**.

Dated February 16, 2021.

/s/ Caroline C. McCreary
Caroline C. McCreary
Counsel for Defendant Chester Neal

/s/ Grant Rabenn
Grant Rabenn
McGREGOR W. SCOTT
United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 3rd day of March, 2021.

THE HONORABLE DALE A. DROZD
UNITED STATES DISTRICT JUDGE