Katryna Lyn Spearman
Lowther Walker
101 Marietta Street NW, Suite 3325
Atlanta, GA 30303
(404) 496-4052
kspearman@lowtherwalker.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA | 1:17-CR-00300 DAD-BAM |
| v. | |
| | **STIPULATION AND ORDER FOR EXTENSION OF** |
| CHESTER NEAL | **SELF-SURRENDER DATE** |

Mr. CHESTER NEAL, by and through undersigned counsel of record, Katryna L. Spearman, Esq., and Plaintiff United States of America, Grant Rabenn, Esq., hereby stipulate as follows:

To move Mr. Neal's surrender date currently set for June 10, 2021 to July 10, 2021. Both parties seek for a continued surrender date based upon the ongoing and unrelenting COVID-19 pandemic. The Centers for Disease Control and Prevention and other health authorities have advised people to take precautions to reduce exposure and to slow the spread of the disease. In particular, the CDC currently recommends that people attempt to keep an appropriate distance between themselves and other people. Currently, prisons and jails are especially dangerous for all occupants because of the ease of rapid transmission among prisoners, guards, and other justice system personnel. Recently, the Fresno County Jail reported 108 inmates tested positive for Covid-19. Prisons are indicating a rise in COVID-19 cases as well.

As applied here, Mr. Neal is 5 foot 3 inches and currently weighs 335 pounds. Additionally, Mr. Neal indicates he has heart disease, is prediabetic and asthmatic. Accordingly, his physical health conditions increase the dangers of contracting COVID-19 while in prison.

Therefore, based on the above-stated facts, the parties agree justice is served to allow a continuance of Mr. Neal's surrender date in response to the continued spread of COVID-19, particularly given Mr. Neal's above-mentioned susceptibility.

IT IS SO STIPULATED.

Date:    June 3, 2021

Respectfully submitted,

**_s/ Katryna Lyn Spearman, Esq._**
Katryna Lyn Spearman, Esq.
Ga. Bar #616038
M 936.537.3914
kspearman@lowtherwalker.com
Lowther | Walker LLC
101 Marietta St. NW, Ste. 3325
Atlanta, GA 30303
T 404.496.4052
Attorney for Chester Neal

**s/ Grant Rabenn, Esq.**
Grant Rabenn, Esq.
McGREGOR W. SCOTT
United States Attorney

## ORDER

The court will adopt the stipulation of the parties and extend defendant's surrender date to  July 14, 2021.  However, defendant was sentenced in this case back on February 10, 2020.  No further extensions of the surrender date will be granted absent a compelling and specific showing of good cause.

IT IS SO ORDERED.

Dated:  __**June 4, 2021**__

_____
UNITED STATES DISTRICT JUDGE