

FILED

JAN 25 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE
### _Eastern_ DISTRICT OF _California_

UNITED STATES OF AMERICA

**Case No.** 1:17CR00300-001

(write the number of your criminal case)

v.

_Chester L Neal_ #47350044

Write your full name here.

Federal Prison Camp
PMB 2000
Talladega, AL 35160

**MOTION FOR SENTENCE REDUCTION UNDER 18 U.S.C. § 3582(c)(1)(A) (Compassionate Release)**

(_Pro Se_ Prisoner)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

Does this motion include a request that any documents attached to this motion be filed under seal? (Documents filed under seal are not available to the public.)

☒ Yes

☐ No

If you answered yes, please list the documents in section IV of this form.

## I.   SENTENCE INFORMATION

Date of sentencing: _02-10-2020_

Term of imprisonment imposed: _57 months_

Approximate time served to date: _12.1% not counting FSa classes_

Projected release date: _07-27-2025_

Length of Term of Supervised Release: _36 months_

Have you filed an appeal in your case?

☐ Yes

☒ No

Are you subject to an order of deportation or an ICE detainer?

☐ Yes

☒ No

## II.   EXHAUSTION OF ADMINISTRATIVE REMEDIES[1]

18 U.S.C. § 3582(c)(1)(A) allows you to file this motion (1) after you have fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on your behalf, or (2) 30 days after the warden of your facility received your request that the warden make a motion on your behalf, whichever is earlier.

Please include copies of any written correspondence to and from the Bureau of Prisons related to your motion, including your written request to the Warden and records of any denial from the Bureau of Prisons.

---

[1] The requirements for this compassionate release motion being filed with the court differ from the requirements that you would use to submit a compassionate release request to the Bureau of Prisons. This form should only be used for a compassionate release motion made to the court. If you are submitting a compassionate release request to the Bureau of Prisons, please review and follow the Bureau of Prisons program statement.

Have you personally submitted your request for compassionate release to the Warden of the institution where you are incarcerated?

☒ Yes, I submitted a request for compassionate release to the warden on
12-18-2021.

☐ No, I did not submit a request for compassionate release to the warden.

If no, explain why not:

_____

_____

Was your request denied by the Warden?

☒ Yes, my request was denied by the warden on (date): 1-05-2022.

☐ No. I did not receive a response yet.

## III.   GROUNDS FOR RELEASE

Please use the checkboxes below to state the grounds for your request for compassionate release. Please select all grounds that apply to you. You may attach additional sheets if necessary to further describe the reasons supporting your motion. You may also attach any relevant exhibits. Exhibits may include medical records if your request is based on a medical condition, or a statement from a family member or sponsor.

### A. Are you 70 years old or older?

☐ Yes.

☒ No.

If you answered no, go to Section B below. You do not need to fill out Section A.

If you answered yes, you may be eligible for release under 18 U.S.C. § 3582(c)(1)(A)(ii) if you meet two additional criteria. Please answer the following questions so the Court can determine if you are eligible for release under this section of the statute.

Have you served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which you are imprisoned?

☐ Yes.

☐ No.

Has the Director of the Bureau of Prisons determined that you are not a danger to the safety of any other person or the community?

☐ Yes.

☐ No.

**B. Do you believe there are other extraordinary and compelling reasons for your release?**

☒ Yes.

☐ No.

If you answered "Yes," please check all boxes that apply so the Court can determine whether you are eligible for release under 18 U.S.C. § 3582(c)(1)(A)(i).

☐ I have been diagnosed with a terminal illness.

☐ I have a serious physical or medical condition; a serious functional or cognitive impairment; or deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, and I am not expected to recover from this condition.

☐ I am 65 years old or older and I am experiencing a serious deterioration in physical or mental health because of the aging process.

☐ The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☐ My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☒ There are other extraordinary and compelling reasons for my release.

Please explain below the basis for your request. If there is additional information regarding any of these issues that you would like the Court to consider but which is confidential, you may include that information on a separate page, attach the page to this motion, and, in section IV below, request that that attachment be sealed.

Emergency release due to Covid Outbreak and living Condition's we live in a 74 man Open air dorm with inmates Coughing & Sneezing and refusing to wear mask. We have inmates test Positive for COVID. I suffer for Obesity Bmi 52.9, Diabetes Type 2, Severe Asthma, hypertension, Anexity and depression, I was Sentence 2 weeks Prior to Covid given 1 ½ year extension to Surrender Spent 3 years 6month on Pretrial release, I'm requesting to be Put on Supervised release for the remainder of my Sentence. My %0 doesnt Cover my FSA classes. I was recommend RDAP, I was told because the date on PSR is was miss dated I dont qualify So I took NRDAP and NA/AA Classes. With RDAP and FSA my %0 would be much higher

**IV.   ATTACHMENTS AND REQUEST TO SEAL**

Please list any documents you are attaching to this motion. A proposed release plan is included as an attachment. You are encouraged but not required to complete the proposed release plan. A cover page for the submission of medical records and additional medical information is also included as an attachment to this motion. Again, you are not required to provide medical records and additional medical information. For each document you are attaching to this motion, state whether you request that it be filed under seal because it includes confidential information.

| Document | Attached? | | Request to seal? | |
|---|---|---|---|---|
| Proposed Release Plan | ☒ Yes | ☐ No | ☒ Yes | ☐ No |
| Additional medical information | ☒ Yes | ☐ No | ☐ Yes | ☒ No |
| _____ | ☐ Yes | | ☐ Yes | ☐ No |
| _____ | ☐ Yes | | ☐ Yes | ☐ No |

TDG Inmate Population,

Thank you for the patience shown over the last week.  While Talladega and Alabama have gone through a major uptick in cases, FCI Talladega had to make some tough choices in order to ensure inmate safety.  Many times the actions don't appear to "make sense" but they are done with the safety and security of the institution in mind.  FCI Talladega is approaching an evolving pandemic with careful thought and consideration.

Just the other day the state of Alabama had its highest recorded day of positive cases.  Please realize we are not done with Covid.  While we certainly see the current strand has changed in terms of outcomes of those infected and is not quite as severe, we are still dealing with Covid.  While perhaps not as severe of outcomes, this round is wildly contagious.  Breakthrough cases are not abnormal with this strand.

Staff working housing units have had it made very clear to them that if inmates are not wearing a mask, they need to be secured.  The spike for this round is still yet to come by most projections.  Please assist, keep your areas clean, wear a mask, and follow the steps to help us control the spread so we can all keep the institution operating as normal as possible.

RECEIPT - ADMINISTRATIVE REMEDY


DATE: JANUARY 3, 2022



FROM: ADMINISTRATIVE REMEDY COORDINATOR
      TALLADEGA FCI

TO  : CHESTER L NEAL, 47350-044
      TALLADEGA FCI     UNT: CAMP     QTR: X02-002L



THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 1105268-F1
DATE RECEIVED   : DECEMBER 29, 2021
RESPONSE DUE    : JANUARY 18, 2022
SUBJECT 1       : REDUCTION-IN-SENTENCE REQUEST
SUBJECT 2       :

Official Petition for Compassionate Release pursuant to the CARES ACT and 18 U.S.C. 3582 (c) (1) (A)
1. The Courts can Commute a sentence to time served    OR
2. The Court can impose a Supervised Release period to include but not exceed the unserved portion of the sentence.

The following Extraordinary and Compelling reasons warrant my release to Supervised release to serve the remainder of my sentence as per 3582 (c).

I have many underlying medical conditions and diagnoses that create a serious threat to my health should I contract COVID-19. I'm diagnosed with the following. As per attached (EX A Medical Records)

(a) Obese BMI 55 (Male 5'9" 340 LBS)
(b) Diabetes Type 2
(c) Hypertension
(d) Asthma
(e) Depression/Mood Disorder
(f) African American/ Hispanic Male 47

The CDC considers the above factors to put an individual at a higher risk of contracting and dying from COVID-19.

The aforementioned actions are Warranted and Appropriate considering the following:

1. I am eligible for Compassionate Release as per the CDC Guidelines for COVID-19 in the CARES ACT
2. I'm not a danger to society as per 3553(c) which is evident by the 3 years and 6 months I spent on supervised release without incident and with 1 year and 6 months of that after my sentence was imposed and I was allowed to Self-Surrender. I was also given four extensions to self-surrender due to COVID-19. It is also evident in my overall PATTERN RISK AND NEEDS SCORE. My Non-Violent (White Collar Offense) and my current incarceration at a federal camp.
3. I have no disciplinary infractions
4. I am consistently programming and participating in productive activities and am taking the following classes currently: National Parenting, NRDAP, NA and Money Smarts for Adults.
5. I have a fiancée, elderly parents, and 2 adult daughters; one is a senior in college and the other is a member of the U.S Navy.
6. I have a solid reentry plan which, coupled with my education and past professional work experience, should ease my transition.
7. No one from my family has been exposed to or has contracted COVID-19.

For these Compelling and Extraordinary reasons, I ask that my request for Compassionate Release be granted, as I meet the legal requirements.

REQUEST FOR ADMINISTRATIVE REMEDY

Administrative Remedy No. 1105268-F1
Part B-Response

This is in response to your Request for Administrative Remedy No. 1105268-F1, received December 29, 2021, wherein you request reconsideration for compassionate release due to your risk of contracting COVID-19.

A review of this matter indicates that you are a care level 2, stable chronic care inmate, who is 47 year of age, currently serving a 57 month sentence with 36 months of supervision to follow for Mail Fraud. You have a tentative release date of July 27, 2025 and you have only served 12% of your sentence.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

Your current medical conditions are not considered terminal or debilitating. In addition, you have a medical Care level of 2; which supports the institution's assessment that your medical condition is considered stable, chronic care. Lastly, the Warden cannot accept an unvetted request for Compassionate Release directly from an inmate. You can request consideration if you believe you meet the aforementioned criteria noted in Program Statement No.5050.50 to your assigned Unit Team for consideration.

Accordingly, your Request for Compassionate Release reconsideration is denied. If you are dissatisfied with this response, you may appeal to the Regional Director at the Southeast Regional Office, 3800 Camp Creek Parkway, S.W. Building 2000, Atlanta, Georgia 30331. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.

_____                    1-5-22
S. Snider, Warden                          _____
                                           Date

TDG Inmate Population,

 Thank you for the patience shown over the last week.  While Talladega and Alabama have gone through a major uptick in cases, FCI Talladega had to make some tough choices in order to ensure inmate safety.  Many times the actions don't appear to "make sense" but they are done with the safety and security of the institution in mind.  FCI Talladega is approaching an evolving pandemic with careful thought and consideration.

 Just the other day the state of Alabama had its highest recorded day of positive cases.  Please realize we are not done with Covid.  While we certainly see the current strand has changed in terms of outcomes of those infected and is not quite as severe, we are still dealing with Covid.  While perhaps not as severe of outcomes, this round is wildly contagious.  Breakthrough cases are not abnormal with this strand.

 Staff working housing units have had it made very clear to them that if inmates are not wearing a mask, they need to be secured.  The spike for this round is still yet to come by most projections.  Please assist, keep your areas clean, wear a mask, and follow the steps to help us control the spread so we can all keep the institution operating as normal as possible.

## V.    REQUEST FOR APPOINTMENT OF COUNSEL

I do not have an attorney and I request an attorney be appointed to help me.

☒ Yes

☐ No

## VI.    MOVANT'S DECLARATION AND SIGNATURE

For the reasons stated in this motion, I move the court for a reduction in sentence (compassionate release) under 18 U.S.C. § 3582(c)(1)(A). I declare under penalty of perjury that the facts stated in this motion are true and correct.

1-18-2022
Date

_Chester L Neal_
Signature

Chester L Neal
Name

47350-044
Bureau of Prisons Register #

FCI Talladega
Bureau of Prisons Facility

Federal Prison Camp PMB 2000 Talladega, AL 35160
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
_Eastern_ DISTRICT OF _California_


UNITED STATES OF AMERICA

Case No. 1:17 CR 00300-001

v.

(write the number of your criminal case)

_Chester L Neal_

Write your full name here.


## PROPOSED RELEASE PLAN
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

<table>
<tr><td>

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

</td></tr>
</table>

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☒ Yes

☐ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

**A. Housing and Employment**

Provide the full address where you intend to reside if you are released from prison:

4429 E Grant Fresno, Ca 93702

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

Martha Neal 559-400-5076

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

Chester Lee Neal, SR 82 Father
Martha A Neal 74 mom

If you have employment secured, provide the name and address of your employer and describe your job duties:

List any additional housing or employment resources available to you:

My Sisters house, Roofing sales, Home depot or lowes on VA disability

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

01-18-2022
**Date**

Chester L Neal
**Signature**

Chester L Neal
**Name**

47350-044
**Bureau of Prisons Register #**

FCI Talladega
**Bureau of Prisons Facility**

Federal Prison Camp Pm B 2000 Talladega, AL 35160
**Institution's Address**

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# United States District Court
## FOR THE
_Eastern_ District of _California_

UNITED STATES OF AMERICA

v.

_Chester L. Neal_

Write your full name here.

Case No. 1:17CR00300-001

(write the number of your criminal case)

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
### In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

**B. Medical needs**

Will you require ongoing medical care if you are released from prison?

☒ Yes

☐ No

Will you have access to health insurance if released?

☒ Yes

☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

The VA

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes

☐ No

If yes, please include them with your motion. If no, where are the records located?

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☒ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

Adrianne Pree   44   Sister

_____

Will you have transportation to and from your medical appointments?

☒ Yes

☐ No

Describe method of transportation:

Parents Car

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☒ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

Met FORMIN 500 mg one tablet each evening, Sertraline HCI 50mg,
One tablet each day, CarBAMazepine 200 MG one tablet twice daily,
Lisinopril 40 MG one tablet daily, HydroChloro thiaziade 12.5 one tablet daily

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☒ No

If yes, list equipment:

_____

_____

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☒ No

If yes, please list the required assistance and how it will be provided:

_____

_____

Do you require assisted living?

☐ Yes

☒ No

TRULINCS  47350044 - NEAL, CHESTER L - Unit: TDG-X-A

--------------------------------------------------------------------------------

FROM: 47350044
TO: Neal, Martha
SUBJECT: Meds list
DATE: 01/20/2022 08:40:28 AM


Here is a list of my current med's that I take from the facility.

1. Asthma
   Mometasone Fursate Inhal 220 MCG 1 puff nighlty
   Albuterol Inhaler HFA 8.5 GM Rescue taking when needed

2, Diabetes Type 2
   metFORMIN HCl 500 MG Tab one Tablet nightly

3.  Hypertension
    Lisinopril 40 MG one tablet daily Morning
    HydroCHLOROthiazide 12.5 MG one tablet daily Morning

4. Anexity/ Depression
   Sertraline HCl 50 MG one Tablet Daily Nightly
   carBAMazepine 200 MG one tablet TWICE Daily Morning & Nightly

  5. High Cholosterol
     Atorvastatin 20 MG one Tablet Nightly

  6. Pain Managment
     Meloxicam 15 MG one tablet Daily

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

01-18-2022
Date

_Signature_

Chester L Neal
Name

47350-044
Bureau of Prisons Register #

FCI Talladega
Bureau of Prisons Facility

Federal Prison Camp PmB 2000 Talladega, AL 35160
Institution's Address

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 47350-044                    Inmate Name: NEAL, CHESTER L

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Type 2 diabetes mellitus** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | E119 | 09/28/2021 | Current | |
| Will check A1C. Start metformin | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | E119 | 09/28/2021 | Current | |
| **Hyperlipidemia, unspecified** | | | | | | |
| 10/21/2021 11:59 EST  Mourtada, Mounir MLP | | ICD-10 | E785 | 10/21/2021 | Current | |
| Will start lipitor | | | | | | |
| **Unspecified mood [affective] disorder** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | F39 | 09/28/2021 | Current | |
| Continue meds. | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | F39 | 09/28/2021 | Current | |
| **Essential (primary) hypertension** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | I10 | 09/28/2021 | Current | |
| Elevated. I will increase his lisinopril and continue HCTZ. | | | | | | |
| 09/28/2021 11:31 EST  Thompson, Dana PA-C | | ICD-10 | I10 | 09/28/2021 | Current | |
| 9/28/21 not at goal; encourage compliance, schedule repeat | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | I10 | 09/28/2021 | Current | |
| **Asthma** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | J45909 | 09/28/2021 | Current | |
| Continue current meds. | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | J45909 | 09/28/2021 | Current | |
| **Other low back pain** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | M5459 | 09/28/2021 | Current | |
| Will add meloxicam. | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | M5459 | 09/28/2021 | Current | |

**Total: 6**

**Bureau of Prisons**
**Health Services**
**COVID-19 AG**

| Begin Date: | 01/01/2021 | End Date: | 11/29/2021 |
|---|---|---|---|
| Reg #: | 47350-044 | Inmate Name: | NEAL, CHESTER L |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 10/08/2021 10:19 TDG | Negative | Asymptomatic | Schaefer, K. RN |
| Intake | | | |
| **Orig Entered:** | 10/08/2021 11:20 EST | Schaefer, K. RN | |
| 10/07/2021 09:45 ATL | Negative | Asymptomatic | Sreng, Sophanna Medical Assistant |
| **Orig Entered:** | 10/07/2021 09:46 EST | Sreng, Sophanna Medical Assistant | |
| 09/23/2021 11:54 ATL | Negative | Asymptomatic | Sreng, Sophanna Medical Assistant |
| **Orig Entered:** | 09/23/2021 11:55 EST | Sreng, Sophanna Medical Assistant | |
| 09/14/2021 20:32 ATL | Negative | Asymptomatic | Harris, T. RN/IOP/IDC |
| **Orig Entered:** | 09/26/2021 20:33 EST | Harris, T. RN/IOP/IDC | |

**Total:  4**

**Bureau of Prisons**
**Health Services**
**COVID-19 AG**

| Begin Date: | 01/01/2021 | | End Date: | 11/29/2021 |
| Reg #: | 47350-044 | | Inmate Name: | NEAL, CHESTER L |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 10/08/2021 10:19 TDG | Negative | Asymptomatic | Schaefer, K. RN |

    Intake

      **Orig Entered:** 10/08/2021 11:20 EST   Schaefer, K. RN

| 10/07/2021 09:45 ATL | Negative | Asymptomatic | Sreng, Sophanna Medical Assistant |

      **Orig Entered:** 10/07/2021 09:46 EST   Sreng, Sophanna Medical Assistant

| 09/23/2021 11:54 ATL | Negative | Asymptomatic | Sreng, Sophanna Medical Assistant |

      **Orig Entered:** 09/23/2021 11:55 EST   Sreng, Sophanna Medical Assistant

| 09/14/2021 20:32 ATL | Negative | Asymptomatic | Harris, T. RN/IOP/IDC |

      **Orig Entered:** 09/26/2021 20:33 EST   Harris, T. RN/IOP/IDC

**Total:** 4

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 47350-044                    Inmate Name: NEAL, CHESTER L

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Type 2 diabetes mellitus** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | E119 | 09/28/2021 | Current | |
| Will check A1C. Start metformin | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | E119 | 09/28/2021 | Current | |
| **Hyperlipidemia, unspecified** | | | | | | |
| 10/21/2021 11:59 EST  Mourtada, Mounir MLP | | ICD-10 | E785 | 10/21/2021 | Current | |
| Will start lipitor | | | | | | |
| **Unspecified mood [affective] disorder** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | F39 | 09/28/2021 | Current | |
| Continue meds. | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | F39 | 09/28/2021 | Current | |
| **Essential (primary) hypertension** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | I10 | 09/28/2021 | Current | |
| Elevated. I will increase his lisinopril and continue HCTZ. | | | | | | |
| 09/28/2021 11:31 EST  Thompson, Dana PA-C | | ICD-10 | I10 | 09/28/2021 | Current | |
| 9/28/21 not at goal; encourage compliance, schedule repeat | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | I10 | 09/28/2021 | Current | |
| **Asthma** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | J45909 | 09/28/2021 | Current | |
| Continue current meds. | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | J45909 | 09/28/2021 | Current | |
| **Other low back pain** | | | | | | |
| 10/15/2021 11:51 EST  Holbrook, William MD/SER MAST Physician | | ICD-10 | M5459 | 09/28/2021 | Current | |
| Will add meloxicam. | | | | | | |
| 09/28/2021 11:27 EST  Thompson, Dana PA-C | | ICD-10 | M5459 | 09/28/2021 | Current | |

**Total: 6**

| Complex: | TDG--TALLADEGA FCI | Begin Date: | 01/01/2021 | End Date: | 11/29/2021 |
|---|---|---|---|---|---|
| Inmate: | NEAL, CHESTER L | Reg #: | 47350-044 | Quarter: | X02-002L |

## Active Prescriptions

**Naproxen 500 MG Tab**
Take one tablet (500 MG) by mouth twice daily
**Rx#:** 471690-ATL     **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/15/21     **Exp:** 11/14/21     **D/C:** 10/08/21     **Pharmacy Dispensings: 28 TAB in 60 days**

**Omeprazole 20 MG Cap**
Take one capsule (20 MG) by mouth daily
**Rx#:** 471852-ATL     **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/16/21     **Exp:** 09/29/21     **Pharmacy Dispensings: 13 CAP in 13 days**

**Sertraline HCl  50 MG Tab**
Take one tablet (50 MG) by mouth each day **needs consent** ***pill line***
**Rx#:** 158642-TDG     **Doctor:** Lawrence, W. MD
**Start:** 10/08/21     **Exp:** 11/07/21     **D/C:** 10/15/21     **Pharmacy Dispensings: 1 TAB in 30 days**

**Sertraline HCl  50 MG Tab**
Take one tablet (50 MG) by mouth each day *consent form on file *
**Rx#:** 158879-TDG     **Doctor:** Holbrook, William MD/SER MAST Physician
**Start:** 10/15/21     **Exp:** 10/15/22     **Pharmacy Dispensings: 56 TAB in 46 days**

**Sertraline HCl  50 MG Tab**
Take one tablet (50 MG) by mouth each day
**Rx#:** 471691-ATL     **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/15/21     **Exp:** 11/14/21     **D/C:** 09/28/21     **Pharmacy Dispensings: 14 TAB in 60 days**

**Sertraline HCl  50 MG Tab**
Take one tablet (50 MG) by mouth each day **needs consent** ***pill line***
**Rx#:** 472954-ATL     **Doctor:** Winston, James MD
**Start:** 09/28/21     **Exp:** 10/28/21     **D/C:** 10/08/21     **Pharmacy Dispensings: 10 TAB in 30 days**

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | NEAL, CHESTER L | | | Reg #: | 47350-044 |
| Date of Birth: | 06/25/1974 | Sex: M | Race: BLACK | Facility: | ATL |
| Encounter Date: | 10/07/2021 10:54 | Provider: | Peterson, Alan DMD, | Unit: | J01 |

## ASSESSMENTS:

**Health Problems as of Dental Health History Encounter date:** 10/07/2021 10:54
Health Problems

| Health Problem | Status |
|---|---|
| Type 2 diabetes mellitus | Current |
| Unspecified mood [affective] disorder | Current |
| Essential (primary) hypertension | Current |
| 9/28/21 not at goal; encourage compliance, schedule repeat | |
| Asthma | Current |
| Other low back pain | Current |

**Medical History as of Dental Health History Encounter date:** 10/07/2021 10:54
**Medical History:**

**Allergies:** Denied

**Seizures:** Denied

**Diabetes:**

**Type:** Non-Insulin Dependent

**Age of Onset:** Adult (31-40 Years)

**Comments:** Diet controlled

**Cardiovascular:**

**Age of Onset:** Adult (18-30 Years)

**Hx of Shortness of Breath:** No

**Hx of Rheumatic Fever:** No

**Hx of Valvular Disease:** No

**Hx of SBE Prophylaxis:** No

**Hx of Chest Pain:** No

**Hx of Murmur:** No

**Hx of CAD:** No

**Hx of CHF:** No

**Hx of Blood Clot:** No

**Pacemaker:** No

**Defibrillator:** No

**Edema:** No

**Comments:** Hx of chest pain

**CVA:** Denied

**Hypertension:**

**Age of Onset:** Adult (31-40 Years)

**Comments:**

| Complex: | TDG--TALLADEGA FCI | Begin Date: | 01/01/2021 | End Date: | 11/29/2021 |
|---|---|---|---|---|---|
| Inmate: | NEAL, CHESTER L | Reg #: | 47350-044 | Quarter: | X02-002L |

## Active Prescriptions

**Start:** 10/15/21      **Exp:** 04/13/22          **Pharmacy Dispensings:** 112 TAB in 46 days

carBAMazepine 200 MG Tab
Take one tablet (200 MG) by mouth twice daily
**Rx#:** 471687-ATL     **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/15/21      **Exp:** 11/14/21     **D/C:** 09/28/21     **Pharmacy Dispensings:** 28 TAB in 60 days

carBAMazepine 200 MG Tab
Take one tablet (200 MG) by mouth twice daily **needs consent** ***pill line***
**Rx#:** 472950-ATL     **Doctor:** Winston, James MD
**Start:** 09/28/21      **Exp:** 10/28/21     **D/C:** 10/08/21     **Pharmacy Dispensings:** 40 TAB in 30 days

HydroCHLOROthiazide 12.5 MG Cap
Take one tablet (12.5 MG) by mouth each day
**Rx#:** 158662-TDG     **Doctor:** Lawrence, W. MD
**Start:** 10/12/21      **Exp:** 04/10/22     **D/C:** 10/15/21     **Pharmacy Dispensings:** 30 CAP in 49 days

HydroCHLOROthiazide 12.5 MG Cap
Take one tablet (12.5 MG) by mouth each day
**Rx#:** 158869-TDG     **Doctor:** Holbrook, William MD/SER MAST Physician
**Start:** 10/15/21      **Exp:** 10/15/22          **Pharmacy Dispensings:** 30 CAP in 46 days

HydroCHLOROthiazide 12.5 MG Cap
Take one tablet (12.5 MG) by mouth each day
**Rx#:** 471688-ATL     **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/15/21      **Exp:** 11/14/21     **D/C:** 09/28/21     **Pharmacy Dispensings:** 14 CAP in 60 days

HydroCHLOROthiazide 12.5 MG Cap
Take one tablet (12.5 MG) by mouth each day
**Rx#:** 472951-ATL     **Doctor:** Winston, James MD
**Start:** 09/28/21      **Exp:** 03/27/22     **D/C:** 10/08/21     **Pharmacy Dispensings:** 14 CAP in 63 days

Lisinopril 20 MG Tab
Take one tablet (20 MG) by mouth each day
**Rx#:** 158663-TDG     **Doctor:** Lawrence, W. MD
**Start:** 10/12/21      **Exp:** 11/11/21     **D/C:** 10/15/21     **Pharmacy Dispensings:** 28 TAB in 30 days

Lisinopril 40 MG Tab
Take one tablet (40 MG) by mouth each day ***NOTE DOSE and STRENGTH***
**Rx#:** 158870-TDG     **Doctor:** Holbrook, William MD/SER MAST Physician
**Start:** 10/15/21      **Exp:** 04/13/22          **Pharmacy Dispensings:** 60 TAB in 46 days

Lisinopril 20 MG Tab

| Complex: | TDG--TALLADEGA FCI | Begin Date: | 01/01/2021 | End Date: | 11/29/2021 |
|---|---|---|---|---|---|
| Inmate: | NEAL, CHESTER L | Reg #: | 47350-044 | Quarter: | X02-002L |

## Active Prescriptions

Take one tablet (20 MG) by mouth each day

**Rx#:** 471689-ATL   **Doctor:** Martin, D. (MAT) MD/CD

**Start:** 09/15/21   **Exp:** 11/14/21   **D/C:** 09/28/21   **Pharmacy Dispensings:** 14 TAB in 60 days

Lisinopril 20 MG Tab

Take one tablet (20 MG) by mouth each day

**Rx#:** 472952-ATL   **Doctor:** Winston, James MD

**Start:** 09/28/21   **Exp:** 03/27/22   **D/C:** 10/08/21   **Pharmacy Dispensings:** 14 TAB in 63 days

metFORMIN HCl 500 MG Tab

Take one tablet (500 MG) by mouth each evening

**Rx#:** 158871-TDG   **Doctor:** Holbrook, William MD/SER MAST Physician

**Start:** 10/15/21   **Exp:** 04/13/22   **Pharmacy Dispensings:** 60 TAB in 46 days

Meloxicam 15 MG Tab

Take one tablet (15 MG) by mouth each day **ortho/rheum CCC** **PENDING OBJECTIVE FINDINGS**

**Rx#:** 158872-TDG   **Doctor:** Holbrook, William MD/SER MAST Physician

**Start:** 10/15/21   **Exp:** 04/13/22   **Pharmacy Dispensings:** 60 Tab in 46 days

Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]

Activate and inhale 1 puff by mouth each evening -- discard 45 days after opening -- replaces Ciclesonide

**Rx#:** 158664-TDG   **Doctor:** Lawrence, W. MD

**Start:** 10/12/21   **Exp:** 11/11/21   **D/C:** 10/15/21   **Pharmacy Dispensings:** 0 ea in 30 days

Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]

Activate and inhale 1 puff by mouth each evening -- discard 45 days after opening -- replaces Ciclesonide

**Rx#:** 158873-TDG   **Doctor:** Holbrook, William MD/SER MAST Physician

**Start:** 10/15/21   **Exp:** 04/13/22   **Pharmacy Dispensings:** 1 ea in 46 days

Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]

Activate and inhale 1 puff by mouth each evening -- discard 45 days after opening -- replaces Ciclesonide

**Rx#:** 472097-ATL   **Doctor:** Martin, D. (MAT) MD/CD

**Start:** 09/17/21   **Exp:** 11/16/21   **D/C:** 09/28/21   **Pharmacy Dispensings:** 1 ea in 60 days

Mometasone Furoate Inhal 220 MCG/Inh [ 60 doses]

Activate and inhale 1 puff by mouth each evening -- discard 45 days after opening -- replaces Ciclesonide

**Rx#:** 472953-ATL   **Doctor:** Winston, James MD

**Start:** 09/28/21   **Exp:** 03/27/22   **D/C:** 10/08/21   **Pharmacy Dispensings:** 0 ea in 63 days

Naproxen 500 MG Tab

Take one tablet (500 MG) by mouth twice daily

**Rx#:** 158665-TDG   **Doctor:** Lawrence, W. MD

**Start:** 10/12/21   **Exp:** 10/14/21   **Pharmacy Dispensings:** 0 TAB in 2 days

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | NEAL, CHESTER L | | | | Reg #: | 47350-044 |
| Date of Birth: | 06/25/1974 | Sex: | M | Race:BLACK | Facility: | TDG |
| Note Date: | 10/19/2021 14:02 | Provider: | Lawrence, W. MD | | Unit: | X02 |

Cosign Note - Lab Report Cosign encounter performed at Health Services.

**Administrative Notes:**



ADMINISTRATIVE NOTE - 1    Provider: Lawrence, W. MD
hyperlipidemic, elevated A1c

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Lawrence, W. MD on 10/19/2021 14:03

Requested to be reviewed by  Fuller, Justin FNP-C.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | NEAL, CHESTER L | | | Reg #: | 47350-044 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1974 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/19/2021 14:02 | Provider: | Lawrence, W. MD | Facility: | TDG |

**Reviewed by Fuller, Justin FNP-C on 10/19/2021 14:05.**

# Bureau of Prisons
## Health Services
### Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: NEAL, CHESTER L | | Reg #: 47350-044 |
| Date of Birth: 06/25/1974 | Sex: M   Race: BLACK | Facility: TDG |
| Encounter Date: 10/15/2021 10:09 | Provider: Holbrook, William MD/SER | Unit: X02 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   Holbrook, William MD/SER MAST

Chief Complaint: **DIABETIC**

Subjective:   Patient with h/o DM II improved after gastric bypass surgery. He is interested in starting Metformin, but controls his glucose at present. He also has a h/o htn that is normally good but has been a little high lately. He is on carbamazepine, and Zoloft for mood disorder, and feels that they help. He states that his asthma does well as long as he is away from smoke. He uses his steroid inhaler daily. He uses albuterol as need, and used it 3 times yesterday. He reports low back and shoulder pain from a fall in the military. He took Ultram and nsaids prior to incarceration.

**Pain:**    Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 10/15/2021 10:38 |
| Location: | Back-Lower |
| Quality of Pain: | Sharp |
| Pain Scale: | 8 |
| Intervention: | naproxen |
| Trauma Date/Year: | 2003 |
| Injury: | Low back from fall |
| Mechanism: | Fall |
| Onset: | 5+ Years |
| Duration: | 5+ Years |
| Exacerbating Factors: | standing and cold weather |
| Relieving Factors: | Pain meds |
| Reason Not Done: | |
| Comments: | |

**Seen for clinic(s):** Diabetes, Pulmonary/Respiratory, Hypertension, Orthopedic/Rheumatology, Mental Health

**Added to clinic(s):** Diabetes, Pulmonary/Respiratory, Hypertension, Orthopedic/Rheumatology, Mental Health

**ROS:**

Musculoskeletal
   General
      Yes: Low Back Pain, Shoulder Pain
Psychiatric
   General
      Yes: Flashbacks
      No: Mood-Down, Suicide/Self-Harm Thoughts, Homicide/Other Harm Thoughts

**OBJECTIVE:**
**Pulse:**

Patient with slightly decreased sensation on the plantar aspect of both feet. 1+ DP pulses bilaterally.

**ASSESSMENT:**

Asthma, J45909 - Current - *Continue current meds.*

Essential (primary) hypertension, I10 - Current - *Elevated. I will increase his lisinopril and continue HCTZ.*

Other low back pain, M5459 - Current - *Will add meloxicam.*

Type 2 diabetes mellitus, E119 - Current - *Will check A1C. Start metformin*

Unspecified mood [affective] disorder, F39 - Current - *Continue meds.*

**PLAN:**

**Other:**

Will order right shoe for diabetic feet.

Advised not to take nsaids with mobic.

EGG performed today. NSR

Consent signed for Zoloft

Size 11.5 wide EE

**Copay Required:** No                    **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Holbrook, William MD/SER MAST Physician on 10/15/2021 11:17

# Bureau of Prisons
## Health Services
## Dental Health History Screen

| | | | | |
|---|---|---|---|---|
| Inmate Name: NEAL, CHESTER L | | | | Reg #: 47350-044 |
| Date of Birth: 06/25/1974 | | Sex: M  Race: BLACK | | Facility: ATL |
| Encounter Date: 10/07/2021 10:54 | | Provider: Peterson, Alan DMD, | | Unit: J01 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 10/07/2021 10:54
Health Problems

| Health Problem | Status |
|---|---|
| Type 2 diabetes mellitus | Current |
| Unspecified mood [affective] disorder | Current |
| Essential (primary) hypertension | Current |
|     9/28/21 not at goal; encourage compliance, schedule repeat | |
| Asthma | Current |
| Other low back pain | Current |

**Medical History as of Dental Health History Encounter date:** 10/07/2021 10:54
**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | |
|   **Type:** | Non-Insulin Dependent |
|   **Age of Onset:** | Adult (31-40 Years) |
|   **Comments:** Diet controlled | |
| **Cardiovascular:** | |
|   **Age of Onset:** | Adult (18-30 Years) |
|   **Hx of Shortness of Breath:** | No |
|   **Hx of Rheumatic Fever:** | No |
|   **Hx of Valvular Disease:** | No |
|   **Hx of SBE Prophylaxis:** | No |
|   **Hx of Chest Pain:** | No |
|   **Hx of Murmur:** | No |
|   **Hx of CAD:** | No |
|   **Hx of CHF:** | No |
|   **Hx of Blood Clot:** | No |
|   **Pacemaker:** | No |
|   **Defibrillator:** | No |
|   **Edema:** | No |
|   **Comments:** Hx of chest pain | |
| **CVA:** | Denied |
| **Hypertension:** | |
|   **Age of Onset:** | Adult (31-40 Years) |
|   **Comments:** | |

| Complex: | TDG--TALLADEGA FCI | Begin Date: | 01/01/2021 | End Date: | 11/29/2021 |
|---|---|---|---|---|---|
| Inmate: | NEAL, CHESTER L | Reg #: | 47350-044 | Quarter: | X02-002L |

## Active Prescriptions

Naproxen 500 MG Tab
Take one tablet (500 MG) by mouth twice daily
**Rx#:** 471690-ATL    **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/15/21    **Exp:** 11/14/21    **D/C:** 10/08/21    **Pharmacy Dispensings:** 28 TAB in 60 days

Omeprazole 20 MG Cap
Take one capsule (20 MG) by mouth daily
**Rx#:** 471852-ATL    **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/16/21    **Exp:** 09/29/21    **Pharmacy Dispensings:** 13 CAP in 13 days

Sertraline HCl  50 MG Tab
Take one tablet (50 MG) by mouth each day **needs consent** ***pill line***
**Rx#:** 158642-TDG    **Doctor:** Lawrence, W. MD
**Start:** 10/08/21    **Exp:** 11/07/21    **D/C:** 10/15/21    **Pharmacy Dispensings:** 1 TAB in 30 days

Sertraline HCl  50 MG Tab
Take one tablet (50 MG) by mouth each day  consent form on file
**Rx#:** 158879-TDG    **Doctor:** Holbrook, William MD/SER MAST Physician
**Start:** 10/15/21    **Exp:** 10/15/22    **Pharmacy Dispensings:** 56 TAB in 46 days

Sertraline HCl  50 MG Tab
Take one tablet (50 MG) by mouth each day
**Rx#:** 471691-ATL    **Doctor:** Martin, D. (MAT) MD/CD
**Start:** 09/15/21    **Exp:** 11/14/21    **D/C:** 09/28/21    **Pharmacy Dispensings:** 14 TAB in 60 days

Sertraline HCl  50 MG Tab
Take one tablet (50 MG) by mouth each day **needs consent** ***pill line***
**Rx#:** 472954-ATL    **Doctor:** Winston, James MD
**Start:** 09/28/21    **Exp:** 10/28/21    **D/C:** 10/08/21    **Pharmacy Dispensings:** 10 TAB in 30 days

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | NEAL, CHESTER L | | | Reg #: | 47350-044 |
| Date of Birth: | 06/25/1974 | Sex: | M | Race: | BLACK |
| Encounter Date: | 10/21/2021 10:56 | Provider: | Mourtada, Mounir MLP | Facility: | TDG |

**Reviewed by Thomas, Sabrina NP on 10/22/2021 07:21.**

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | NEAL, CHESTER L | | | | Reg #: | 47350-044 |
| Date of Birth: | 06/25/1974 | Sex: | M | Race: BLACK | Facility: | TDG |
| Note Date: | 10/21/2021 06:54 | Provider: | Thomas, Sabrina NP | | Unit: | X02 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Thomas, Sabrina NP

Patient's labs reviewed. Lipid profile elevated. Will send to patient's assigned provider for review and start of statin therapy.

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:**   No

Completed by Thomas, Sabrina NP on 10/21/2021 06:56

Requested to be cosigned by  Holbrook, William MD/SER MAST Physician.

Cosign documentation will be displayed on the following page.

Requested to be reviewed by  Mourtada, Mounir MLP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | | | |
|---|---|---|---|---|---|---|
| **Complex:** | TDG--TALLADEGA FCI | | **Begin Date:** | 01/01/2021 | **End Date:** | 11/29/2021 |
| **Inmate:** | NEAL, CHESTER L | | **Reg #:** | 47350-044 | **Quarter:** | X02-002L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                          Denied

## Active Prescriptions

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT

Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)

**Rx#:** 158660-TDG       **Doctor:** Lawrence, W. MD

**Start:** 10/12/21       **Exp:** 11/11/21       **D/C:** 10/15/21       **Pharmacy Dispensings:** 0 GM in 30 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT

Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call) "Empty container is to be returned for refill"

**Rx#:** 158867-TDG       **Doctor:** Holbrook, William MD/SER MAST Physician

**Start:** 10/15/21       **Exp:** 10/15/22                          **Pharmacy Dispensings:** 17 GM in 46 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT

Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 60 days. If need more, make sick call)

**Rx#:** 471686-ATL       **Doctor:** Martin, D. (MAT) MD/CD

**Start:** 09/15/21       **Exp:** 11/14/21       **D/C:** 09/28/21       **Pharmacy Dispensings:** 8.5 GM in 60 days

Albuterol Inhaler HFA (8.5 GM) 90 MCG/ACT

Don't use daily. Inhale 2 puffs by mouth 4 times a day as needed to prevent/relieve asthma attack (inhaler to last 90 days. If need more, make sick call)

**Rx#:** 472949-ATL       **Doctor:** Winston, James MD

**Start:** 09/28/21       **Exp:** 03/27/22       **D/C:** 10/08/21       **Pharmacy Dispensings:** 0 GM in 63 days

Atorvastatin 20 MG TAB

Take one tablet (20 MG) by mouth each day

**Rx#:** 159016-TDG       **Doctor:** Mourtada, Mounir MLP

**Start:** 10/21/21       **Exp:** 04/19/22                          **Pharmacy Dispensings:** 60 tab in 40 days

carBAMazepine 200 MG Tab

Take one tablet (200 MG) by mouth twice daily **needs consent** ***pill line***

**Rx#:** 158661-TDG       **Doctor:** Lawrence, W. MD

**Start:** 10/12/21       **Exp:** 11/11/21       **D/C:** 10/15/21       **Pharmacy Dispensings:** 0 TAB in 30 days

carBAMazepine 200 MG Tab

Take one tablet (200 MG) by mouth twice daily *consent form on file *

**Rx#:** 158868-TDG       **Doctor:** Holbrook, William MD/SER MAST Physician

# Bureau of Prisons
## Health Services
### Medical Duty Status

Reg #: 47350-044      Inmate Name: NEAL, CHESTER L

## Housing Status

__ confined to the living quarters except __ meals __ pill line __ treatments    Exp. Date: _____

__ on complete bed rest: __ bathroom privileges only    Exp. Date: _____

__ cell: __ cell on first floor __ single cell __ lower bunk __ airborne infection isolation    Exp. Date: _____

__ other: _____    Exp. Date: _____

## Physical Limitation/Restriction

__ all sports    Exp. Date: _____

__ weightlifting: __ upper body __ lower body    Exp. Date: _____

__ cardiovascular exercise: __ running __ jogging __ walking __ softball    Exp. Date: _____
       __ football __ basketball __ handball __ stationary equipment

__ other: _____    Exp. Date: _____

## May have the following equipment in his / her possession:

## Work Restriction / Limitation:

Cleared for Food Service: **No** _____

**X** No Restrictions

Comments: N/A

| Harris, T. RN/IOP/IDC | 09/14/2021 |
|---|---|
| Health Services Staff | Date |

Inmate Name: _____ **NEAL, CHESTER L** _____ Reg #: _____ **47350-044** Quarters: **X02**

*ALL EXPIRATION DATES ARE AT 24:00*

NEAL, CHESTER L 11/29/2021