1  HEATHER E. WILLIAMS, Bar #122664
2  Federal Defender
   ANN C. McCLINTOCK, Bar #141313
3  Assistant Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, CA 95814
5  Telephone: (916) 498-5700

6  Attorneys for Defendant
7  CHESTER L. NEAL , JR.

**FILED**

**JAN 13 2023**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          No.  1:17-cr-00300 ADA EPG

12              Plaintiff,             **DEFENDANT'S MOTION TO
                                       EXONERATE BOND; ORDER**
13       v.
                                       Judge: Hon. Erica P. Grosjean
14  CHESTER L. NEAL, JR.,

15              Defendant.

16

17          Defendant Chester L. Neal, Jr., hereby moves the court under Fed. R. Crim. P. 46(g) for

18  exoneration of the cash bond and full reconveyance of the $ 1,000.00 cash posted by Kayla

19  Gillespie.  The bond was posted with the Clerk in the Eastern District of Missouri and transferred

20  to this Court as collateral for defendant's $20,000 bond. *See* Docket entry no. 9 (documenting

21  "cash BOND POSTED … in the amount of $1,000, Receipt #CAE100038522"); no. 13

22  (Appearance and Compliance Bond, specifically noting the $1000 case paid to secure the bond

23  was paid in ED MO court).

24          Mr. Neal was convicted after pleading guilty and began serving his custodial sentence, as

25  ordered, on July 14, 2021. *See* Docket entry no. 64 (setting surrender date); no. 701-1 (showing

26  BOP received Neal the same date).  No conditions of the bond remain to be satisfied.

27  / / /

28          Therefore, Mr. Neal requests that $ 1,000 cash bond be exonerated and reconveyed to

                                            1

1  Kayla Gillespie pursuant to Rule 46(g) of the Fed. R. Crim. Proc.

2                                          **ORDER**

3          The Court finds that Chester L. Neal, Jr. has complied with the conditions of his bond and

4  that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court

5  exonerate the $ 1,000.00 cash bond in the above-captioned case and reconvey the cash to Kayla

6  Gillespie who originally posted the cash bond.

7          IT IS SO ORDERED.

8  DATED:  January 1₂, 2023

9                                                  United States Magistrate Erica P. Grosjean

2